```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    20 Cr.
                                 :
DONNELL RUSSELL,                 :
    a/k/a "Colon Dunn,"          :    20 CRIM   38
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - x
```

**COUNT ONE**
**(Conspiracy to Threaten Physical Harm by Interstate Communication)**

The Grand Jury charges:

1. On or about December 4, 2018, in the Southern District of New York and elsewhere, DONNELL RUSSELL, a/k/a "Colon Dunn," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, threatening physical harm by interstate communication in violation of Title 18, United States Code, Section 875(c).

2. It was a part and object of the conspiracy that DONNELL RUSSELL, a/k/a "Colon Dunn," the defendant, and others known and unknown, would and did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, RUSSELL placed an interstate telephone call to threaten physical harm to those attending a December 4, 2018 screening of the documentary series entitled "Surviving R. Kelly"

at a venue in New York, New York called NeueHouse Madison Square ("NeueHouse"), in violation of Title 18, United States Code, Section 875(c).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 4, 2018, DONNELL RUSSELL, a/k/a "Colon Dunn," the defendant, placed an interstate telephone call to NeueHouse threatening physical harm to those at the theater and attending the December 4, 2018 screening of "Surviving R. Kelly."

    b. On or about December 4, 2018, DONNELL RUSSELL, a/k/a "Colon Dunn," the defendant, attempted to block his phone number and placed a phone call from his cellphone to a New York City Police Department precinct located in New York, New York and in the vicinity of NeueHouse, which was planning to screen "Surviving R. Kelly."

(Title 18, United States Code, Section 371.)

**COUNT TWO**
**(Threatening Physical Harm by Interstate Communication)**

The Grand Jury further charges:

4. On or about December 4, 2018, in the Southern District of New York and elsewhere, DONNELL RUSSELL, a/k/a "Colon Dunn," the defendant, knowingly and intentionally did transmit in

interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, RUSSELL placed an interstate telephone call to NeueHouse in New York, New York threatening physical harm to those attending the December 4, 2018 screening of "Surviving R. Kelly" at NeueHouse, and aided and abetted the same.

(Title 18, United States Code, Sections 875(c) and 2.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS  
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**DONNELL RUSSELL,**

                  **Defendant.**

<u>**INDICTMENT**</u>

(18 U.S.C. §§ 371, 875(c), and 2)

AUDREY STRAUSS
Acting United States Attorney

*/s/ Tracy Mitchell*
Foreperson

10/8/20 *[handwritten notation: Find the case in assigned to Judge Gardephe for all purposes]*