UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DONNELL RUSSELL,

          Defendant.

**ORDER**

20 Cr. 538 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this action previously scheduled for January 21, 2021 is adjourned to **March 5, 2021 at 2:00 p.m.**

    Upon the application of the Defendant Donnell Russell, by and through his counsel, Zawadi Baharanyi, and with the consent of the United States of America, by and through its counsel, Assistant United States Attorney Peter Davis, it is further ORDERED that the time from January 21, 2020 through March 5, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interests of the public and Donnell Russell in a speedy trial, because it will permit newly assigned defense counsel time to review the voluminous discovery materials, and the Government additional time to produce outstanding discovery.

Dated: New York, New York
       January 20, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge