UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DONNELL RUSSELL,

          Defendant.

**ORDER**

20 Cr. 538 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this action previously scheduled for March 5, 2021, is adjourned to **April 23, 2021, at 12:00 noon.**

        Upon the application of the United States of America, by and through its counsel, Assistant United States Attorney Peter Davis, and with the consent of Defendant Donnell Russell, by and through his counsel, Zawadi Baharanyi, the time from March 5, 2021 through April, 23 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and Donnell Russell in a speedy trial, because it will permit defense counsel additional time to review voluminous discovery materials and conduct any necessary discussions with the Government regarding a possible pretrial disposition.

Dated: New York, New York
       March 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge