# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2021

By ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Donnell Russell**
       20 CR 538 (PGG)

Dear Judge Gardephe:

> MEMO ENDORSED: The application is granted. The conference currently scheduled for May 20, 2021 will take place by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Prior to the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.
>
> SO ORDERED.
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe
> United States District Judge
> Dated: May 20, 2021

   With the consent of the Government, I write to request that Mr. Donnell Russell's status conference scheduled for May 21, 2021 at 2:00 p.m., be conducted remotely. Mr. Russell is out of custody and lives in Chicago, IL, and I am physically out of the jurisdiction. We are both available for a remote conference at 2:00 p.m.

   Mr. Russell has been advised of his right to proceed in person with this status conference but knowingly and voluntarily waives this right in light of the ongoing risks associated with interstate air travel during the COVID-19 pandemic.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753 (c)

cc:   AUSA Peter J. Davis.