UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DONNELL RUSSELL,

Defendant.

**ORDER**

20 Cr. 538 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Both Michael Freedman and Zawadi Baharanyi are to attend the conference scheduled for May 18, 2022, at 12:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 16, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge