UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DONNELL RUSSELL,<br><br>      Defendant. | No. 20-cr-538 (PGG) |

# DEFENDANT RUSSELL'S NOTICE OF MOTION *IN LIMINE* TO PRECLUDE EXPERT CELL SITE TESTIMONY (MIL NO. 1)

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant Donnell Russell, pursuant to Rules 702, 704, 401, 403 of the Federal Rules of Evidence, will move the Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order precluding expert cell site testimony.

Dated:      June 27, 2022          /s/ Michael G. Freedman
                                                     THE FREEDMAN FIRM PC
                                                     800 Wilshire Blvd., Suite 1050
                                                     Los Angeles, CA 90017
                                                     Telephone: (213) 816-1700
                                                     Facsimile: (213) 816-1706
                                                     E-Mail: michael@thefreedmanfirm.com

                                                     Attorney for Defendant Donnell Russell

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/Michael G. Freedman
Michael G. Freedman