UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DONNELL RUSSELL,<br><br>      Defendant. | No. 20-cr-538 (PGG) |

# DEFENDANT RUSSELL'S NOTICE OF MOTION *IN LIMINE* TO EMPLOY WRITTEN JUROR QUESTIONNAIRE (MIL NO. 4)

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, defendant Donnell Russell, will move the Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 500 Pearl Street, Courtroom 705, New York, New York 10007, for an Order employing a written juror questionnaire in advance of *voir dire*.

Dated:     June 27, 2022         /s/ Michael G. Freedman
                                                        THE FREEDMAN FIRM PC
                                                        800 Wilshire Blvd., Suite 1050
                                                        Los Angeles, CA 90017
                                                        Telephone: (213) 816-1700
                                                        Facsimile: (213) 816-1706
                                                        E-Mail: michael@thefreedmanfirm.com

                                                        Attorney for Defendant Donnell Russell

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/Michael G. Freedman
Michael G. Freedman