UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | No. 20-cr-538 (PGG) |
| DONNELL RUSSELL, | |
| Defendant. | |

**DEFENDANT RUSSELL'S PROPOSED JURY QUESTIONNAIRE**

JUROR NAME:

JUROR NUMBER:

TO THE PROSPECTIVE JUROR:

The purpose of this questionnaire is to provide information to the judge, the prosecutors, the defense attorneys, and the Defendant to assist them in determining whether you can be a fair and impartial juror in this case. The questions are not asked to invade your privacy, but to help select the best possible jury for this case. You must give true and complete answers to every question. This questionnaire is to be filled out in INK.

All information contained in this questionnaire will be kept confidential. It will be reviewed only by the court and by the attorneys on each side.

Do not discuss the questions or answers with anyone, including your fellow prospective jurors. It is extremely important that your answers be your own answers and not influenced by those around you. During the jury selection process, it is critically important that you not read anything about the case, that you not discuss it with anyone, that you not let anyone talk to you about the case, and that you do not do any research about the case on the Internet or any place else. If you are selected for the jury, I will have more instructions for you later on this topic.

If you require additional space for your answers or wish to make further comments regarding any of your answers, please use the extra sheets that are attached to the back of your questionnaire.

Please fill out the entire questionnaire IN INK. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

Please enter your name and juror number on the front page of the questionnaire and at the top of each page. Please return the questionnaire to the Jury Clerk and you will be further instructed on the date you will return to Court.

The defendant, Donnell Russell, has been charged with transmitting a threatening communication in interstate commerce and conspiring to transmit a threatening communication in interstate commerce.

JUROR QUESTIONNAIRE
PLEASE MAKE CERTAIN THAT YOUR ANSWERS ARE LEGIBLE
GENERAL INFORMATION

Juror Number:
Juror Name:
Age:

Are you: __Married | __Separated | __Divorced | __Single | __Widowed

In what city do you live?

How long have you lived in that city?

Do you own or rent your home?

What was your <u>highest level</u> of education?
   __8th grade or less
   __Some High School
   __High School Graduate
   __Some College
   __College Graduate (Bachelor's Degree)
   __Some Graduate School
   __Post-Graduate Degree

Please describe your educational background, including vocational school(s) and/or college(s) attended.

<u>School/College Attended</u>          <u>Major Field of Study</u>          <u>Degree Attained</u>

What is your current job status?
  __Working full-time
  __Working part-time
  __Retired
  __Disabled
  __Unemployed
  __Homemaker
  __Full-time student

What is your occupation?



Who is your employer?
  a. What is your present job position or title?
  b.

  c. Any previous position with the same employer?


  d. Do you supervise other people? __Yes __No
       If yes, how many people?


  e. How long have you been with this employer?


  f. Duties and responsibilities of your present job:


Please list any other occupations/job positions you have had in the past ten years and describe your duties and responsibilities of each:




Have you ever served in the armed forces?  ___Yes ___No

  Branch and highest rank?
  Dates:

4

Duties:

Have you sat on a Military Court Martial?
___Yes        ___No

If yes, please explain:

If you have served before as a juror in a civil or criminal case, please describe your experience below:

| Date | Civil/Criminal | Type of Case | Was there a verdict? |
|---|---|---|---|
| | | | Yes \| No |
| | | | Yes \| No |
| | | | Yes \| No |
| | | | Yes \| No |

Were you ever the jury foreperson?

___Yes        ___No

For your present spouse or partner, please list his or her current and former employers and occupations over the past ten years:

Do you have any children?
___Yes        ___ No

If yes, do any of them live at home with you?

___Yes    ___No

If you have children, please state for each child:
Gender            Age            Occupation

What newspapers and magazines do you read on a regular basis?

Do you like to read books?    ___Yes   ___No

If yes, what types of books do you read?

What TV shows, newscasts, radio shows and internet websites do you enjoy on a regular basis?

Who is a historical figure you admire?

What civic, social, union, professional, fraternal, political or recreational organizations do you belong to or hobbies do you participate in? If you hold a particular title in these organizations, please indicate.

Have you, or has a spouse, relative or close friend, ever been associated with any federal, state or local law enforcement agency or other governmental office such as sheriffs, marshals, police (military or civilian), probation or parole officers, corrections officers, police reserve officers, security guards, Federal Bureau of Investigation (FBI), or federal or state prosecutors? Please explain.

Have you sought or do you plan to seek employment in any of the above fields?
___ Yes ___ No

If yes, which fields?

Are you, or is any close friend or relative, associated with any attorney?
___ Yes ___ No

If so, please state relationship and type of legal practice:

Have you, or has a close friend or relative, ever been involved in a legal case in any way as a party or witness? Please give details, including the year and location of the case, along with a brief summary.

Have you, or has a spouse, significant other, family member, or close friend, ever been accused, arrested, indicted, charged, or convicted of a criminal offense (please do not include infractions or traffic offenses)?
___ Yes ___ No

If yes, please explain:

If you are selected as a trial juror in this case, the Court will order you not to discuss this case with ANYONE unless and until permitted to do so by the Court. Will you have any difficulty following this order?
___Yes         ___No

Have you or anyone you know ever been the recipient of a threat?  If so, please describe?

Have you or anyone you know ever been accused of making a threat?  If so, please describe?

Are you familiar with R. Kelly, otherwise known as Robert Sylvester Kelly?

If so, do you have any opinion about R. Kelly?  Please describe.

Do you have any opinion about R. Kelly that would prevent you from being fair and impartial in this case if this case involves or references R. Kelly?  If so, please describe.

Have you watched any shows or movies about R. Kelly?  If so, please describe.

Have you heard of the documentary Surviving R. Kelly?

Have you seen the documentary Surviving R. Kelly?

Do you know anyone who has seen the documentary Surviving R. Kelly?

Have you read online about R. Kelly?  If so, what have you read?

This case involves allegations related to an individual who is known publicly as a result of his profession in the music and entertainment business. Do you have any views or feelings about serving as a juror in a case where the defendant that has been accused of criminal conduct can be described as a celebrity or public figure? If so, what are those views?

Have you or a friend or family member ever been accused of sexual harassment, sexual abuse, or sexual assault? Would that prevent you from being fair and impartial in this case?

Have you or a friend or family member ever been the victim of sexual harassment,

sexual abuse, or sexual assault? Would that prevent you from being fair and impartial in this case?

If selected as a juror in this case, the Court will instruct you as follows:

This is a criminal case brought by the United States government. The government charges the defendant with transmitting a threatening communication in interstate commerce and conspiring to transmit a threatening communication in interstate commerce The charges against the defendant are contained in an indictment. An indictment is simply the description of the charges made by the government against the defendant; it is not evidence of anything.

The defendant has pleaded not guilty to the charges and is presumed innocent unless and until proved guilty beyond a reasonable doubt. A defendant has the right to remain silent and never has to prove innocence or present any evidence.

are you willing to follow the above instruction?
\_\_\_Yes      \_\_\_No

Please list any other information you think would be important for the Court and/or the attorneys for the parties to know. If you did not understand a particular question(s), please list those question(s) below.

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF MY ANSWERS TO THE QUESTIONS CONTAINED ON THIS QUESTIONNAIRE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signature:

Name (PLEASE PRINT):

Date: