# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: ED CR 19-394(A) SVW |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE THE |
| -vs- ) | SENTENCING HEARING |
| ROBERT STAHLNECKER, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Defendant ROBERT STAHLNECKER'S sentencing hearing shall be continued from May 4, 2020 to June 15, 2020 at 11:00 a.m.

DATED: April 9, 2020

_____
Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE