UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DONNELL RUSSELL,

                Defendant.

**ORDER**

20 Cr. 538 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Any post-trial motions filed by the Defendant are due by **August 5, 2022**. The Government's opposition is due by **August 19, 2022**. Any reply from the Defendant is due by **August 26, 2022**.

      The Defendant's sentencing will take place on **November 21, 2022, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due on **October 31, 2022**. The Government's submission is due on **November 7, 2022**.

      The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated: New York, New York
       July 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge