UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DONNELL RUSSELL,

Defendant.

**ORDER**

20 Cr. 538 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated on the record today, Defendant Donnell Russell's motions for a judgment of acquittal or for a new trial (Dkt. No. 79) are denied.

The sentencing currently scheduled for November 21, 2022, is adjourned to **December 19, 2022, at 10:30 a.m.** The Defendant's sentencing submission is now due on **December 5, 2022**, and the Government submission is due **December 12, 2022**.

Dated: New York, New York
       November 4, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge