# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Donnell Russell
_____

Write the full name of each plaintiff or petitioner.

-against-

United States of America
_____

Write the full name of each defendant or respondent.

Case No. 1:23 CV 7915 PGG

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that **Plaintiff** **Donnell Russell**
                              plaintiff or defendant     name of party who is making the motion

requests that the Court:

Impose a timeframe/deadline of 30 DAYS from the date, to recieve, the requested Affidavit From my Former Attorney. Grant my Previously requested Motion for Bail.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents: Russell v. United States of America

23-cv-07915

Dated: 10-23-23

Signature: [signed]

Name: Donnell Russell

Prison Identification #: 01974-510

Address: FCI Sandstone  P.O. Box 1000

City: Sandstone   State: MN   Zip Code: 55072

Telephone Number (if available):

E-mail Address (if available): b.drussell@gmail.com

SDNY Rev: 5/24/2016

**MEMO ENDORSED:** The Government is directed to file on the docket the affidavit of pro se Petitioner's former attorney within 30 days of this Order, along with a proposed briefing schedule for the Government's opposition and Petitioner's reply. Petitioner's request for bail is again denied, for the reasons stated in this Court's October 24, 2023 Order (23 Civ. 7915, Dkt. No. 11). The Clerk of Court is directed to terminate the motion, and to mail a copy of this Order to Petitioner at the address on file.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: November 2, 2023