File Under Seal

Compliance ID#: 1406290010022
Certificate filed: 28 August, 2023

United States District Court.
Southern District of New York
Case No. 20-cr-00538 (PGG)
related case: 23-cv-07915 (PGG)

United States of America,
    Plaintiff

v.

Donnell Russell, d/b/a
    Defendant

**MEMO ENDORSED**

The application is denied. This order is ~~not~~ to be filed under seal.

Paul G. Gardephe, U.S.D.J.
Dated: Jan. 17, 2024

### MOTION TO REDUCE FINES

Defendant DONNELL RUSSELL, hereby moves the court to reduce the $10,000 fine assessed by the courts to my conviction. ~~As along~~ Russell along with his family have experienced an upheaval in finances as well as tremendous damages as the result of a $10.3M Default Judgement Entered 1/10/2023 By the State of New York Supreme Court as a result to this case. (Ref. 160759/2021) Coupled with legal expense as a result to this case and disrupted business ventures. Russell and his family are experiencing a financial hardship. (See Attached)

Dated: 12-31-23

All rights reserved

Donnell Russell
01974-510 UNIT SHU
Federal Correctional Institution
P.O. Box 1000
Sandstone MN 55072

[RECEIVED JAN - 8 2024 PRO SE OFFICE]